**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 29, 2015 | Probation: | Nicole Peterson |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Janet Coppock | | |

Criminal Case No:  **15-cr-00171-WYD**                Counsel:

UNITED STATES OF AMERICA,                            Beth N. Gibson

        Plaintiff,

v.

**1.  JOSE LUIS PLANCARTE**,                           Thomas R. Ward

        Defendant.

**SENTENCING**

**2:43 p.m.**       Court in Session - Defendant present, in-custody.

> **Change of Plea Hearing - July 9, 2015, at 11:00 a.m.
> Plea of Guilty - Count 1 of Information.**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

2:45 p.m.       Statement on behalf of Probation (Ms. Peterson).

2:47 p.m.       Statement on behalf of Government (Ms. Gibson).

2:56 p.m.       Statement on behalf of Defendant (Mr. Ward).

3:14 p.m.       Statement on behalf of Probation (Ms. Peterson).

| | |
|---|---|
| 3:16 p.m. | Statement and argument on behalf of Defendant (Mr. Ward). |
| 3:25 p.m. | Statement and argument on behalf of Government (Ms. Gibson). |
| 3:26 p.m. | Statement by Defendant on his own behalf (Mr. Plancarte). |
| 3:33 p.m. | Statement on behalf of Government (Ms. Gibson). |
| 3:34 p.m. | Statement on behalf of Probation (Ms. Peterson). |
| 3:38 p.m. | Statement by Defendant on his own behalf (Mr. Plancarte). |

Court makes findings.

**ORDERED:** Government's Motion for a One-Level Reduction [ECF Doc. No. 36], filed September 29, 2015, is **GRANTED.**

**ORDERED:** Defendant's Motion for a Below-Guideline Sentence [ECF Doc. No. 38], filed October 15, 2015, is **GRANTED.**

**ORDERED:** Defendant is placed on **probation** for a term of **5** years.

**ORDERED:** **Conditions** of **Probation** are:

- (X) Defendant shall not commit another federal, state or local crime.

- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X) Defendant shall comply with standard conditions adopted by the Court.

- (X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

- (X) Defendant shall not unlawfully possess a controlled substance.

- (X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

- (X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

    1.    The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

    2.    The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.

    3.    The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

    4.    The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**    Bond is **EXONERATED.**

**3:47 p.m.**    Court in Recess - HEARING CONCLUDED.
**TOTAL TIME:  1:04**